— A.2d —

IN THE MATTER OF AUGUST C. MICHAELIS, AN
ATTORNEY AT LAW.

April 11, 1991.

ORDER

AUGUST C. MICHAELIS of PASSAIC, who was admitted to
the bar of this State in 1940, having tendered his consent to
disbarment as an attorney at law of the State of New Jersey,
and good cause appearing;

It is ORDERED that AUGUST C. MICHAELIS is disbarred
by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll
of attorneys and that he be permanently restrained and en-
joined from practicing law; and it is further

ORDERED that respondent comply with Administrative
Guideline No. 23 of the Office of Attorney Ethics dealing with
disbarred attorneys.